1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL ORGANIZATION OF WOMEN IN ENTERTAINMENT REACHING UP, a California Corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>KILLOLA, a California entity; JOHN C. DUNN, an individual; LISA REIFFEL, an individual; MIKE BALL, an individual; DAN GRODY, an individual, and; DOES 1 through 50,<br><br>       Defendants. | CASE NO. 2:14-cv-05606-PA (VBK)<br><br>~~[PROPOSED]~~ ORDER ENTERING PARTIES' STIPULATED PROTECTIVE ORDER |

16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

On December 16, 2014, Plaintiff Professional Organization of Women in Entertainment Reaching Up and Defendants Killola, John C. Dunn, Lisa Rieffel, and Dan Grody filed a Stipulated Protective Order.

THE COURT FINDS THAT THERE IS GOOD CAUSE FOR ENTERING THE STIPULATED PROTECTIVE ORDER AND HEREBY ORDERS THAT:

(1) The Proposed Stipulated Protective Order be entered in the record as an Order of the Court.

*Not applicable to evidentiary and trial proceedings; make separate application to trial judge*

IT IS SO ORDERED.

Dated: 12-18-2014

By: _____
United States District/Magistrate Judge

1
**ORDER**