MILLER | WANNER LLP
KATHRIN A. WANNER (Bar No. CA 188592)
KIRSTEN E. MILLER (Bar No. CA 235317)
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3523
kwanner@millerwanner.com

Attorneys for Plaintiff
PROFESSIONAL ORGANIZATION OF WOMEN IN ENTERTAINMENT REACHING UP

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFESSIONAL ORGANIZATION OF WOMEN IN ENTERTAINMENT REACHING UP, a California Corporation,<br><br>PLAINTIFF,<br><br>vs.<br><br>KILLOLA, a California entity; John C. Dunn, an individual; Lisa Rieffel, an individual; Mike Ball, an individual; Dan Grody, an individual; and DOES 1-10,<br><br>DEFENDANTS. | **CASE NO.: 2:14-cv-5606-PA (VBKx)**<br><br>**ORDER GRANTING DISMISSAL OF ACTION WIH PREJUDICE**<br><br><br><br>**Judge: Hon. Percy Anderson**<br>**Magistrate Judge: Hon. Victor Kenton**<br>**Complaint Filed: July 18, 2014**<br>**Trial Date: May 12, 2015** |

ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

1 | Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  February 3, 2015

HON. PERCY ANDERSON
United States District Judge

**JS-6**